UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )        Criminal No.
                                 )        08-10049-JLT
                                 )
            v.                   )
                                 )
THOMAS FARINA,                   )
                                 )
       Defendant.                )

[PROPOSED] ORDER

Upon consideration of the United States' assented to Motion for a Protective Order, it is hereby

**ORDERED** that the disclosures henceforth made by the United States in discovery in this matter shall be i) maintained in defendant's counsel's exclusive possession and defendant's counsel may not permit the materials or copies thereof to leave their possession or be distributed in any way; ii) that defendant's counsel shall permit review of these materials only by counsel, counsel staff, experts and investigators working on behalf of counsel, and the defendant in this matter, and iii) that defendant and his counsel may use these materials only for the purpose of carrying out the representation of the defendant in this matter.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____11/19/08_____

3