## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

# JUDGMENT OF ACQUITTAL

**UNITED STATES OF AMERICA**

**V.**                                                    **CRIMINAL NO. 08-10049-JLT**

**THOMAS FARINA**

The Defendant having been found **NOT GUILTY** on Counts 3 and 4 of the Indictment,

IT IS ORDERED that the defendant be, and hereby is, acquitted and discharged as to Counts 3 and 4 of the Indictment.

SO ORDERED.

_____
**JOSEPH L. TAURO, U. S. DISTRICT JUDGE**

Date:_____ 3/30/09